IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 1:13-cv-02308-RBJ

JOLEEN THOMPSON,

    Plaintiff,

v.

UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut Corporation,

    Defendant.

## ORDER AMENDING THE CIVIL CASE SCHEDULING ORDER IN AN ERISA ACTION (ECF NO. 16) TO EXTEND THE DEADLINE FOR SUBMISSION OF THE ADMINISTRATIVE RECORD AND TO EXTEND CERTAIN RELATED DEADLINES

This matter is before the Court on the Unopposed Motion to Amend the Civil Case Scheduling Order to Extend the Deadline for Submission of the Administrative Record ("Motion," ECF No. 19), filed on November 13, 2013 by Defendant UnitedHealthcare Insurance Company ("UnitedHealthcare"). UnitedHealthcare moves unopposed for an order amending the Civil Case Scheduling Order in an ERISA Action (ECF No. 16) entered in this action on September 30, 2013 to extend for 30 days, through and including Monday, December 16, 2013, the deadline for submission of the Administrative Record and to extend certain related deadlines.

The Court, having reviewed the Motion and being fully advised in the premises thereof, and finding good cause therefore, HEREBY GRANTS the Motion. The Civil Case Scheduling Order in an ERISA Action ("Scheduling Order") entered in this case is hereby amended as set forth below:

| **Description** | **Current Deadline** | **Amended Deadline** |
|---|---|---|
| Deadline for submission of the Administrative Record or Index | November 15, 2013 | December 16, 2013 |
| Deadline for filing any Motion Requesting Discovery | November 15, 2013 | December 16, 2013 |
| Deadline for Filing a Motion to Supplement the Administrative Record | December 20, 2013 | January 21, 2014 |
| Deadline for filing Plaintiff's Opening Brief | January 10, 2014 | February 10, 2014 |
| Deadline for filing Defendant's Response Brief | February 7, 2014 | March 10, 2014 |
| Deadline for filing Plaintiff's Reply Brief and Joint Motion for Determination | February 28, 2014 | March 31, 2014 |

All provisions of the Scheduling Order not specifically amended herein remain fully in effect.

DATED this 14th day of November, 2013.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge

2